1 | ASCENSION LAW GROUP
2 | PAMELA TSAO( 266734)
3 | 12341 Newport Ave., Suite B200
4 | North Tustin, CA 92705
5 | PH: 714.783.4220
6 | FAX: 888.505.1033
7 | Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual, | Case No.: 5:24-cv-02299-KK-SP |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| DD&E, LLC, a limited liability company; CHANG HEE KIM, an individual; | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff HOANG MINH LE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

          (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant DD&E, LLC, a limited liability company; CHANG HEE KIM, an Individual have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendants may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: March 5, 2025

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

HOANG MINH LE